IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOLMES PROSTHETIC CENTER LLC | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-1633 |
| ZURICH AMERICAN INSURANCE COMPANY AND SEDGWICK CLAIMS MANAGEMENT SERVICES INC. | § § § § § | |
| *Defendants.* | § | |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, PLAINTIFF HOLMES PROSTHETIC CENTER LLC and Defendants ZURICH AMERICAN INSURANCE COMPANY AND SEDGWICK CLAIMS MANAGEMENT SERVICES INC., by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case.

| MANFRED STERNBERG & ASSOCIATES, PC | SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP | CAIN & SKARNULIS PLLC |
|---|---|---|
| By: /s/ Manfred Sternberg | By: /s/ Bruce R. Wilkin | By: /s/ Blair Dancy |
| Manfred Sternberg | Bruce R. Wilkin | Blair Dancy |
| Attorney in Charge | Attorney in Charge | Attorney in Charge |
| Texas Bar No. 19175775 | Texas Bar No. 24053549 | Texas Bar No. 24001235 |
| SDTX Bar No. 8537 | SDTX Bar No. 641898 | SDTX Bar No. 618381 |
| manfred@msternberg.com | bwilkin@shackelford.law | bdancy@cstrial.com |
| 1700 Post Oak Blvd. Ste. 600 | 717 Texas Ave., 27th Floor | 400 W. 15th Street, Suite 900 |
| Houston, TX 77056 | Houston, TX 77002 | Austin, TX 78701 |
| Tel: 713.622.4300 | Tel: 832.415.1801 | Tel: 512.477.5000 |
| Fax: 713.622.9899 | Fax. 832.565.9030 | Fax: 512.477.5011 |
| Attorneys for Plaintiff Holmes Prosthetic Ctr. LLC | Attorneys for Defendant Sedgwick Claims Mgmt. Services, Inc. | Attorneys for Defendant Zurich American Insurance Co. |

**CERTIFICATE OF SERVICE**

  I hereby certify a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on July 5, 2020.


Bruce R. Wilkin
Shackelford, Bowen, McKinley & Norton, LLP
bwilkin@shackelford.law
717 Texas Ave., 27th Floor
Houston, TX 77002
Tel:  832.415.1801
Fax. 832.565.9030
Attorneys for Defendant
Sedgwick Claims Mgmt.  Services, Inc.


Blair Dancy
Cain & Skarnulis PLLC
bdancy@cstrial.com
400 W. 15th Street, Suite 900
Austin, TX 78701
Tel:  512.477.5000
Fax:  512.477.5011
Attorneys for Defendant
Zurich American Insurance Co.

            /s/ Manfred Sternberg
            Manfred Sternberg